UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

INFINITY EXHIBITS, INC.,      CASE NO.: 8:20-cv-1098-T-36AEP_____
    Plaintiff,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S
LONDON; UNDERWRITERS AT
LLOYD'S, LONDON KNOWN AS
SYNDICATE PEM 4000; and HAMILTON
INSURANCE DESIGNATED ACTIVITY COMPANY,
    Defendants.
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Plaintiff, INFINITY EXHIBITS, INC., pursuant to Rule 43(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all cause of action in the complaint against Defendants, CERTAIN UNDERWRITERS AT LLOYD'S LONDON; UNDERWRITERS AT LLOYD'S, LONDON KNOWN AS SYNDICATE PEM 4000; and HAMILTON INSURANCE DESIGNATED ACTIVITY COMPANY, without prejudice.

The Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 43(a)(1) is therefore appropriate.

Dated this 19th day of May, 2020.

                                           Respectfully submitted,

                                           /s/ Sean P. Sheppard_____
                                           Sean P. Sheppard, Esq.
                                           **SEARLES, SHEPPARD & GORNITSKY, PLLC**
                                           110 E. Broward Blvd., Suite 1570
                                           Fort Lauderdale, Florida 33301
                                           Telephone (954) 526-8811
                                           Email: sean@ssg.law
                                           Florida Bar Number 67253
                                           *Attorneys for Plaintiffs*