UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INFINITY EXHIBITS, INC.,

    Plaintiff,

v.                                   Case No: 8:20-cv-1098-T-36AEP

CERTAIN UNDERWRITERS AT
LLOYDS LONDON, UNDERWRITERS
AT LLOYD'S, LONDON and HAMILTON
INSURANCE DESIGNATED ACTIVITY
COMPANY,

    Defendants.
_____/

# ORDER

Before the Court is Plaintiff's Notice of Dismissal of Complaint (Doc. 12). In accord with Plaintiff's Notice of Dismissal of Complaint, it is **ORDERED AND ADJUDGED** as follows:

1)     Plaintiff's Notice of Dismissal of Complaint is **APPROVED** (Doc. 12).

2)     This cause is dismissed, without prejudice.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on May 19, 2020.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record